**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-60144-CIV-SMITH**

ALEX JOSUE GARCIA-RIVAS,

     Petitioner,

v.

TODD M. LYONS, *et al.*,

     Respondents.

                                  /

## <u>ORDER DENYING PETITION AND CLOSING CASE</u>

This cause comes before the Court upon review of the Petitioner's Petition for Writ of Habeas Corpus [DE 1]. On March 23, 2026, Respondents filed their Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus (the "Response") [DE 6], which indicated Petitioner received his requested relief in the form of a bond hearing. Petitioner was denied bond at the hearing. Respondents attached a copy of the Immigration Judge's Order for the Court's review [DE 6-2]. Petitioner's Petition is therefore moot.

The Court further notes that Petitioner failed to respond to Respondents' Motion to Dismiss [DE 3], which is also grounds for dismissal. *See Coalition for the Abolition of Marijuana Prohibition v. City of Atlanta*, 219 F.3d 1301, 1325-26 (11th Cir. 2000) ("The appellants' failure to brief and argue this issue during the proceedings before the district court is grounds for finding that the issue has been abandoned.") (citing, *inter alia, Road Sprinkler Fitters Local Union No. 669 v. Indep. Sprinkler Corp.*, 10 F.3d 1563, 1568 (11th Cir. 1994) (plaintiff's failure to either move for summary judgment on claim raised in complaint or to respond to defendant's summary

1

judgment motion on same claim, allowed district court to properly treat claim as abandoned)); *Fed. Sav. and Loan Ins. Corp. v. Haralson*, 813 F.2d 370, 373 (11th Cir. 1987) (same) (finding issues not properly briefed and argued before the court will be treated as abandoned).

Accordingly, it is

**ORDERED** that:

1.  The Petition for Writ of Habeas Corpus [DE 1] is **DENIED.**

2.  All pending motions are **DENIED as moot**.

3.  This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 7th day of August, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

2